United States District Court
Southern District of West Virginia

Sammy Ray Copley, plaintiff
v.
S.R.J. Administrator, defendant
James D Huppenthal

FILED
JUL - 7 2003
SAMUEL L. KAY, CLERK
U.S. District & Bankruptcy Court
Southern District of West Virginia

5:03-0633

Now comes the plaintiff Sammy Ray Copley and request that James D. Huppenthal, Administrator of Southern Regional Jail, be held accountable for contempt of a court order. The Plaintiff has been sentenced and committed to the custody of the Attorney General of the United States. To be confined in a seperate part of a facility from persons awaiting sentencing or appeal. Plaintiff arrive at Southern Regional Jail on 20th of June, 2003 and has been exposed to conditions contrary to laws and rights of Federal inmates. Plaintiff has been housed with non sentensed, sentensed awaiting other charges, awaiting appeal, and non convicted inmates. Plaintiff has asked for nine days for greivance forms, but no officers at this facility care about my rights, and ignores my request. I have been confined in a over crowed area where half the inmates sleep on the floor including the plaintiff. Pursuant to 18 USC 3142 the Plaintiff prays for releif which the Court Deems just and proper.

Plaintiff
Sammy Ray Copley
Dated - 7-1-2003